12-13-00101-CV
MAR-12-2013 15:51 From:GREGG COUNTY          9032368603          To:912147470942          Page:3/3

NO. 2011-2502-A

| | | |
|---|---|---|
| BETTY FITZGERALD, INDIVIDUALLY AND FOR THE BENEFIT OF ALL WRONGFUL DEATH BENEFICIARIES Plaintiff | § § § § § | IN THE DISTRICT COURT OF |
| V. | § § § | |
| HERITAGE AT LONGVIEW HEALTHCARE CENTER, HCRI TEXAS PROPERTIES, LTD D/B/A HERITAGE AT LONGVIEW HEALTHCARE CENTER, AND I H S ACQUISITION NO. 138, INC. D/B/A HERITAGE AT LONGVIEW HEALTHCARE CENTER Defendants | § § § § § § § § § § § | GREGG COUNTY, TEXAS 188th JUDICIAL DISTRICT |

COURT OF APPEALS
12th Court of Appeals District
APR - 1 2013
TYLER TEXAS
CATHY S. LUSK, CLERK

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CHAPTER 74 EXPERT REPORT REQUIREMENT

After considering DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CHAPTER 74 EXPERT REPORT REQUIREMENT, and any responses, the Court finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED that DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CHAPTER 74 EXPERT REPORT REQUIREMENT is hereby DENIED.

SIGNED on ___March 12___, 2013.

_____
PRESIDING JUDGE



EXHIBIT
"A"